UNITED STATES DISTRICT COURT

Northern District of California

D Q TECHONOLOGY, INC.

                Plaintiff(s),

v.

WILLIAM J. MURPHY, an individual;
and JERRY MCINNES, an individual,

                Defendant(s).

CASE NO. C-06-6596-MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED
JAN 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barnett Quinton Brooks, Esquire , an active member in good standing of the bar of

Florida, Maryland and Pennsylvania whose business address and telephone number

(particular court to which applicant is admitted)

is

The Law Office of Barnett Q. Brooks & Associates, LLC
1800 Second Street, Suite 888
Sarasota, Florida 34236

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing   William J. Murphy

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/9/07

United States District Judge
Judge Marilyn Hall Patel

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DQ TECHNOLOGY INC.,

    Plaintiff,

v.

WILLIAM J. MURPHY et al,

    Defendant.
_____/

Case Number: CV06-06596 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barnet Quinton Brooks
1800 Second Street, Suite 888
Sarasota, FL 34236

Dated: January 12, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk