HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar No. 103578)
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
E-mail: matthew.vafidis@hklaw.com

Attorneys for Plaintiff and Defendant on the Counterclaim
DQ TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DQ TECHNOLOGY, INC.<br>　　　　Plaintiff,<br>vs.<br>WILLIAM J. MURPHY, an individual; and<br>JERRY MCINNES, an individual,<br>　　　　Defendants. | No. C 06-06596 MHP<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br><u>OF ACTION WITH PREJUDICE</u><br>Rule 41(a)(1), Fed. R. Civ. P. |
| WILLIAM J. MURPHY, an individual;<br>　　　　Counter-Claimant,<br>vs.<br>DQ TECHNOLOGY, INC.,<br>　　　　Counter-Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant on the Counterclaim DQ Technology, Inc. ("DQ"), Defendant and Counter-Claimant William J. Murphy ("Murphy") and Defendant Jerry McInnes ("McInnes") ("the Parties" collectively, and "Party" individually) hereby stipulate and agree, as follows:

The Parties have agreed upon a confidential settlement of this entire action that is satisfactory to all Parties. As such, the above-captioned action, including all of the claims and

1  the counterclaim brought therein, shall be and is hereby dismissed *with prejudice* pursuant to
2  Rule 41(a)(1). Each Party will bear its own costs and attorneys' fees in this action.

3  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

4  Dated: April 30, 2007                HOLLAND & KNIGHT LLP

6                                        By: _____
                                              Matthew P. Vafidis

8                                        Attorneys for Plaintiff and Defendant on
                                         the Counterclaim
                                         DQ TECHNOLOGY, INC.

9  Dated: April 20, 2007               DRINKER BIDDLE & REATH LLP

11                                       By: _____
                                              Steven M. Selna
12                                            Cheryl A. Sabnis

13                                       Attorneys for Defendant
                                         JERRY MCINNES

14 Dated: April 30, 2007                BARNETT BROOKS & ASSOCIATES, LLC

16                                       By: _____
                                              Barnett Q. Brooks

18                                       Attorneys for Defendant and
                                         Counterclaimant WILLIAM J. MURPHY

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24  Dated: _____May 3_____, 2007

                                         _____
                                         The Honorable
                                         United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910